```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0008--CR (JWS)
                  "USA V KEVIN JAMES BURKE"
                  DEF 1.1 BURKE, KEVIN JAMES

       Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
              Filed:  08/18/05
             Closed:  NO
  No. of Defendants:  1
     MJ Case Number:  J05-0010--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  NO
  Needs interpreter:  NO
  Counsel of record:  William B. Carey
                     1502 W. 34th Avenue
                     Anchorage, AK 99503-3643
                     907-272-4255
                     FAX 907-272-4256
                     Serve: YES
                      Type: CJA
                      Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:   Frank V. Russo
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513
                     907-271-5071
                     FAX 907-271-3224
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


Counts re: DEF 1.1 BURKE, KEVIN JAMES
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -  1 IND | 1 | 21:952 & 960(a)&(b)(3) IMPORTATION OF A CONTROLLED SUBSTANCE (F) | Pending |
| 1 -  1 IND | 2 | 21:963,952 & 960(a)&(b)(3) ATTEMPTED IMPORTATION OF A CONTROLLED SUBSTANCE (F) | Pending |
| 1 -  1 IND | 3 | 21:841(a)(1)&(b)(1)(C) POSSESSION OF A CONTROLLED SUBSTANCE WITH INTENT TO DISTRIBUTE (F) | Pending |
| 1 -  1 IND | 4 | 18:1028(a)(3),(7)&(b)(3)(A) IDENTITY FRAUD (F) | Pending |
| 1 -  1 IND | 5 | 18:1028(a)(3),(7)&(b)(3)(A) IDENTITY FRAUD (F) | Pending |

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET PARTY INFORMATION FOR CASE J05-0008--CR (JWS)
                              "USA V KEVIN JAMES BURKE"
                            DEF 1.1 BURKE, KEVIN JAMES

              Including terminated defendants, excluding terminated counsel


    1 -   1 IND    6       18:922(g)(1)&924(a)(2) FELON IN POSSESSION OF        Pending
                           FIREARMS (F)

    1 -   1 IND    7       18:924(d)(1) CRIMINAL FORFEITURE-FIREARMS (F)        Pending

    1 -   1 IND    8       21:853(a)(1)&(2) CRIMINAL FORFEITURE-CASH (F)        Pending
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE J05-0008--CR (JWS)
                                   "USA V KEVIN JAMES BURKE"

                                       For all filing dates


   Presiding Judge:   The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:   The Honorable Philip M. Pallenberg, U.S. Magistrate Judge
             Filed:   08/18/05
            Closed:   NO
No. of Defendants:    1


 Document #   Filed       Docket text

      1 -  1  08/18/05    [Re: DEF 1] PLF 1 Indictment.

      2 -  1  08/19/05    [Re: DEF 1] JDR Grand Jury Minutes re no bail set; set for arr & notify
                          USM; def in custody.

      3 -  1  08/19/05    [Re: DEF 1] JDR Minute Order re Arr set for 8/19/05 at 11:00 a.m. cc:
                          USA, B. Carey, USM, USPO

      4 -  1  08/19/05    [Re: DEF 1] PLF 1 Documents #2-#7 transferred from: J05-0010 MJ (PMP).

      5 -  1  08/19/05    [Re: DEF 1] PMP Order of Detention Pending Trial set for 10/17/05. cc:
                          USA, W. Carey, USM, PTS

      6 -  1  08/19/05    [Re: DEF 1] PMP Order regarding preparation for trial w/parties to meet
                          by 8/26/05, PTMs due 9/9/05.

      7 -  1  08/19/05    [Re: DEF 1] PMP Court Minutes [ECR: Keitha Kolvig] for Arraignment on
                          Indictment (held 8/19/05): pled NOT GUILTY; detained, Order for
                          Detention Pending Hrg filed; parties to meet by 8/26/05; PTMs due
                          9/09/05; trial set for 10/17/05. cc: USA, W. Carey, USM, PTS, Judge
                          Beistline

      8 -  1  08/24/05    [Re: DEF 1] RRB Minute Order setting trial by jury for 10/17/05 and FPTC
                          for 10/13/05 at 8:45 am in courtroom #2, Anchorage, Ak.  cc: AUSA, W.
                          CAREY, USM, USPO, MJPALLENBERG,jury clerk

      9 -  1  08/26/05    [Re: DEF 1] PLF 1 Certification of discovery

     10 -  1  08/29/05    [Re: DEF 1] CJA appointment of W. Carey.

     11 -  1  09/07/05    DEF 1 Unopposed motion to continue trial w/att aff.

     11 -  2  09/07/05    DEF 1 Unopposed motion to ext time for filing motions w/att aff.

     12 -  1  09/12/05    [Re: DEF 1] RRB Minute Order a hrg on def's unoppo mot to continue trl
                          is set for 9/16/05 at 10:00 a.m.  Counsel to make arraingments for def
                          to appear telephonically.  cc: AUSA, W. Carey, USM, UPSO, MJ Pallenberg

     13 -  1  09/19/05    [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Re: hrg on def's
                          unopposed mot to cont trial (dkt 11-1) held 9/16/05; granting Unopposed
                          motion to continue trial (11-1); tbj set for 10/17/05 at 8:30 a.m. and
                          FPTC set for 10/13/05 at 8:45 a.m. are vacated; tbj set for 11/14/05 at
                          8:30 a.m. in Juneau; FPTC set for 11/08/05 at 9:00 a.m. in Anch; cont
                          hrg on def's unopposed mot to cont trial set for 9/19/05 at 1:30 p.m. in
                          Anch. cc: USA, W. CAREY, USM, USPO, JC

     14 -  1  09/19/05    [Re: DEF 1] RRB Court Minutes [ECR: Elisa Singleton] re Hearing on
                          Defendant's Unopposed Motion to Cont Trial (held 9/19/05); cont trial
                          date to 11/14/05 in Juneau; FPTC set for 11/8/05 at 9:00 a.m. in
                          Anchorage; excludable delay found; granting motion Unopposed motion to
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE J05-0008--CR (JWS)
                              "USA V KEVIN JAMES BURKE"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | ext time for filing motions (11-2).  cc: USA, W. Carey, USM, USPO, Jury CLerk, MJ Pallenberg |
| 15 - 1 | 10/14/05 | {SEALED} |
| 15 - 2 | 10/17/05 | {SEALED} |
| 16 - 1 | 11/02/05 | {SEALED} |
| 16 - 2 | 11/03/05 | {SEALED} |
| 17 - 1 | 11/07/05 | DEF 1 Notice of intent to change plea. |
| 18 - 1 | 11/08/05 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] RE: Final Pretrial Conference (held 11/08/05); Defendant signed plea agreement; TBJ set 11/14/05 in Juneau, AK Vacated; PCOP set 11/15/05 at 1:00 p.m. before Judge Sedwick in Juneau, AK; USA may appear telephonically; Defendant's detention continued. CC: USA, W. Carey, USM, USPO, Judge Sedwick, Jury Clerk. |
| 19 - 1 | 11/08/05 | [Re: DEF 1] RRB Minute Order by agreement of the judges, this case is reassigned to Judge Sedwick for all further proceedings.  Parties to use case number J05-0008 CR (JWS) on all future filings.  cc: AUSA, W. CAREY, UWM, USPO, JUDGE SEDWICK, MJ PALLENBERG |
| 20 - 1 | 11/08/05 | [Re: DEF 1] JWS Minute Order the trial set for 11/14/05 is rescheduled for a proposed change of plea in Juneau, Alaska at 1:00 p.m. on 11/15/05.  cc: AUSA, W. Carey, USM, USPO, MJ PALLENBERG, JURY CLERK |
| 21 - 1 | 11/09/05 | [Re: DEF 1] PLF 1 Plea Agreement. |
| 22 - 1 | 11/15/05 | [Re: DEF 1] JWS Court Minutes [ECR: Susan Evans] for PCOP hrg (held 1/15/05). DEF pled GUILTY to CTs 1,2 and 6 of Indictment and agreed to forfeiture in CTs 7 and 8; Ct reserved approval of plea agreement until review of presentence report; IOS set for 2/1/06, 10:30 a.m. at Juneau; Govt dismissed CTs 3,4 and 5 of Indictment. cc: USA, W. Carey, USM, PTS |
| 23 - 1 | 11/15/05 | [Re: DEF 1] JWS Order [Preliminary] of Forfeiture. cc: USA, W. Carey, USM, PTS |
| 24 - 1 | 11/29/05 | [Re: DEF 1] PMP [Amended] Court Minutes [ECR: Susan Evans] for PCOP hrg (held 11/15/05): DEF pled GUILTY to CTs I,2 and 6 of Indictment and agreed to forfeiture in CTs 7 and 8; Ct reserved approval of plea agreement until review of presentence report; IOS set for 2/1/06, 10:30 a.m. at Juneau; Govt dismised CTs 3,4 and 5 of Indictment. cc: USA, W. Carey, USM, PTS |