WILLIAM B. CAREY, 8212160
Attorney for Defendant
KEVIN J. BURKE
1502 West 34th Avenue
Anchorage, Alaska 99503

Telephone: (907) 272-4255
Facsimile: (907) 272-4256

RECEIVED
JAN 19 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 0008 CR |
| ) | Case No. J05-0010-1 (JWS) |
| Plaintiff, ) | |
| ) | **NOTICE OF** |
| vs. ) | **LODGING LETTERS** |
| ) | |
| KEVIN J. BURKE, ) | |
| ) | |
| Defendant. ) | |

Defendant, KEVIN J. BURKE, by and through his attorney, WILLIAM B. CAREY, gives notice of the lodging with the Court of letters from the following individuals for the Court's consideration at sentencing in this matter, presently scheduled for February 1, 2005 in Juneau, Alaska. Please note that these letters are mistakenly addressed to Judge Beistline. Judge Beistline was the Judge on this case at its inception.

1. Letter from Pastor Mario D. Lim, pastor at Mr. Burke's church;

2. Letter from Ms. Kristine Burke, Mr. Burke's daughter;

3. Letter from Ms. Renita Burke, Mr. Burke's former wife.

DATED in Anchorage, Alaska this __19__ day of January, 2006.

WILLIAM B. CAREY
Attorney for the Defendant
KEVIN J. BURKE

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

William B. Carey
Alaska Bar No. 8212160

### CERTIFICATE OF SERVICE

I hereby certify that on this ____19th____ day of January, 2006, a true and correct copy of the foregoing was hand delivered to the following:

Frank Russo,
Assistant U.S. Attorney
222 West 7th Avenue, #9 Room 253
Anchorage, AK  99513-7567

U.S. Probation and Pretrial Services
222 West 7th Ave, #48 Room 168
Anchorage AK  99513-7562

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256