**Word of Life Christian Center**
P.O. Box 33723
Juneau, Alaska 99803
(907) 789-5638

January 16, 2006

The Honorable Judge Ralph Beistline
U.S. District Court Judge
State of Alaska

Dear Sir:

Please be informed that Mr. Kevin James Burke of Juneau, Alaska, was a member of our church from 1988 to 2002.

As a member of our church he was known to be a giving, loving and responsible person. He continued to personally communicate with us even as he left our church. He has deep love for the Word of God.

May this letter serves it's purpose of helping Mr. Burke for any reason.

If you have any question(s), please give me a call.

Sincerely,

Mario D. Lim
Senior Pastor