15 January 2006
The Honorable Judge Ralph Beistline
U.S. District Court Judge
State of Alaska

Dear Judge Ralph Beistline:

This letter is regarding Kevin James Burke.

    My name is Kristine Burke, the eldest daughter of Kevin Burke. I am currently seventeen and a Junior at Juneau-Douglas High School. I will be graduating next year and would really want him there at my graduation. He has been a good father to me, he has worked very hard to give my sister and I everything we need. He has provided us with school clothes, food and loving support. He has even helped me buy my first car. All the necessities I have ever needed he has provided. But there is one need that is still vacant; his prescence once again in our family. I ask you Dear Judge to consider his sentence and be merciful just as God has been merciful upon him and his life.

                          Sincerely,

                          *Kristine Burke*

                          Kristine Burke

2