January 15, 2006

The Honorable Judge Ralph Beistline
U.S. District Court Judge
State of Alaska

Dear Judge Ralph Beistline:

This letter is regarding Kevin James Burke.

Kevin was my husband for fourteen years. Through out these years he was a good helper in everyday of our life. He was a good provider of our family and a good father to our children.

In 1998 and 1999 he had surgery on his back. During these times he was on medication. I did not realize that up to now his lower back is still hurting him and he is on medication. I know I told the police that he was selling it. I am sorry that I did not know that his back is still hurting. I believed that he used most of the medicine for his consumption.

Regarding Kevin's medical condition, it is not good. Hopefully you have a copy of his medical records. I still consider accepting him back to my home and be the father of our children. We need him; our children, Kristine and Kimberly want him to attend their graduation. We love him. I need him, help me to put our children to college.

I am asking in good faith about the welfare of Kevin Burke. Please consider our plea.

Sincerely,
Penita Burke