FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  07/28/2005

On 07/28/2005, Special Agent (SA) Russell Ashenden located and reviewed books and magazines from a blue Rubbermaid tote seized from Kevin BURKE's living room on 07/26/2005, pursuant a federal search warrant. The following books and magazines were located in the tote:

Books/Magazines that have been tabbed or highlighted:

1) The Investigator's Little Black Book 2, by Robert Scott

2) The International Fugitive, Secrets of Clandestine Travel Overseas, by Kenn Abaygo. Page 36 contains the following highlighted text, "*But remember: most people on the run are caught when traveling,.... Movement is the fugitive's most hazardous undertaking,*"

3) Fugitive, How To, Run, Hide, And Survive, by Kenn Abaygo

4) The Outlaw's Bible, by E.X. Boozhie. Page 258 is tabbed on a paragraph related to profiling by narcotic agents at airports.

5) The Modern Identity Changer, How to Create a New Identity for Privacy and Personal Freedom, by Sheldon Charrett. Pages tabbed regarding social security numbers.

6) How To Legally Obtain A Second Citizenship and Passport and Why You Want To, by Adam Starchild

7) Acquiring New ID, How to Easily Use the Latest Computer Technology to Drop Out, Start Over, and Get On with Your Life, by Ragnar Benson. Page 36 is tabbed and last paragraph highlighted stating, "*New ID Metromail Corporation of Lomband, Illinois, maintains a list of 140 million Americans. Anyone can call the company's number, 1-900-288-3020, and for $3 per minute receive information regarding an individual's address, age, wife's name and age, length of current residence, median income, and even house value...*"

8) Vanish, Disappearing through ID Acquisition, by Johnny Yount

Investigation on  07/28/2005   at  Juneau, Alaska

File #  272F-AN-14016                              Date dictated  n/a

by  SA Russell Ashenden

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 10-6-95)

272F-AN-14016

Continuation of FD-302 of ____n/a_____ , On _07/28/2005_ , Page __2__

9) How To Disappear Completely And Never Be Found, by Dough Richmond

10) Bulletproof Privacy, How to Live Hidden, Happy, and Free! by Boston T. Party

11) Reborn In The USA, by Trent Sands. Page 94 is tabbed regarding the common system of Birth Certificate numbers.

12) The Art & Science of Money Laundering, Inside the Commerce Of The International Narcotics Traffickers, by Brett F. Woods. Page 46 tabbed and the following text is highlighted, "*checklist of what drug money managers reportedly look for provides a basic guide:*"

13) The 211 Book, Armed Robbery Investigation, by Burt Rapp

14) How To Circumvent A Security Alarm in 10 Seconds or Less, by B. Andy. Chapter 2, Detection Devices is tabbed.

15) High Seas Security, by Frank Camper

16) AK47, The Complete Kalashnikov Family of Assault Rifles, by Duncan Long

17) Counterfeit I.D. Made Easy, by Jack Luger

18) Who Are You, The Encyclopedia of Personal Identification. Pages on social security numbers and passports tabbed.

19) The Covert Catalog, Surveillance, Covert Entry, and Investigative Equipment Suppliers, by Lapin

20) The Paper Trip II, For a New You Through New ID, Eden Press. Page 54 tabbed regarding social security cards.

21) The Paper Trip III, The Master Guide To New Identity, Eden Press. Page 110 tabbed regarding social security cards.

22) The terrifying Three, Uzi, Ingram, and Intratec Weapons Families, by Duncan Long

Remaining Books/Magazines included, but not limited to:

23) US Navy Seal Combat Manual

FD-302a (Rev. 10-6-95)

272F-AN-14016

Continuation of FD-302 of ___n/a___ .On 07/28/2005 , Page  3

24) The Top Secret Registry of U.S. Government Radio Frequencies, by Tom Kneitel

25) Selective Fire UZI, Semi-Auto Modification Manual

26) Birth Certificate Fraud

27) Passport Agent's Manual, Passport Services

28) Where to Write for Vital Records, Birth, Deaths, Marriages and Divorces, Eden Press

29) The Irish Advantage, Business Haven, Tax Haven, Citizenship Haven & Retirement Haven, by Adam Starchild

30) Social Security Number Fraud, Investigative Guide, Eden Press

31) NIC, Law Enforcement Supply

32) The Eden Directory of Private Mail Drops in the U.S. and 90 Foreign Countries, Eden Press

33) S.W.A.T. Team Operations

34) Special Forces, Close Quarter Combat Manual

35) How To Find Anyone Anywhere, by Ralph D. Thomas

36) Are You Now or Have You Ever Been in the FBI FILES, How to Secure and Interpret Your FBI Files, Eden Press

37) Phoenix Systems, Inc. catalog of personal protective, survival and spy equipment

38) Shomer-Tec, Law Enforcement and Military Equipment catalog

39) How To Immigrate To Israel and Get Instant Citizenship, by Adam Starchild

40) Don't Bug Me, The Latest High-Tech Spy Methods, by M.L. Shannon

41) Secrets of International Identity Change, New I.D. in Canada, England, Australia, and New Zealand, by Tony Newborn

42) The Paper Trip I, For a New You through New ID, Eden Press

FD-302a (Rev. 10-6-95)

272F-AN-14016

Continuation of FD-302 of    n/a   , On 07/28/2005, Page 4

43) How To Get Anything On Anybody, The Encyclopedia of Personal Surveillance, by Lee Lapin

44) How to Make Driver's Licenses and Other ID on Your Home Computer, by Max Forge

45) You & The Police!, by Boston T. Party

46) Advanced Fugitive Running, Hiding, Surviving and Thriving Forever, by Kenn Abaygo

47) 2000 I.D. Checking Guide, United States and Canada version

48) The Official License Plate Book 2000 (includes pictures of Drivers Licenses).

49) Identity Theft, The Cybercrime of the Millennium, by John Q. Newman

50) Reborn Overseas, Identity Building in Europe, Australia & New Zealand

51) Reborn Overseas, Reborn in Canada, by Trent Sands

52) Document Fraud and Other Crimes of Deception, by Jesse M. Greenwald

53) Maritime Terror, Protecting Yourself, Your Vessel, and Your Crew against Piracy

54) The Construction Of Secret Hiding Places, By Charles Robinson

55) Beyond The Law, A U.S. Citizen's Guide to Extradition, Tom Paine, Jr.

56) Full-Auto Conversion of the SKS Rifle

57) How to Make a Silencer for a .45

58) Owners Manual for SKS, AKS, and AK-47

59) Select Fire AK-47 Conversion Manual

60) Drug Smuggling, The Forbidden Book, by K. Hawkeye Gross

FD-302a (Rev. 10-6-95)

272F-AN-14016

Continuation of FD-302 of ___n/a___ , On _07/28/2005_ , Page __5__

61) Scanners and Secret Frequencies, by Henry L. Eisenson

62) Making Crime Pay, by Harold S. Long

63) Techniques of Safecracking, by Wayne B. Yeager

64) The Secret Science Of Covert Inks, by Samuel Rubin

65) Beat the Border, An Insider's Guide To How The U.S. Border Works & How to Beat It, by Ned Beaumont

66) Duty Free, Smuggling Made Easy, by Michael Connor

67) The Heavy Duty New Identity, by John Q. Newman