DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
(907) 271-5071
(907) 271-1500 (fax)
Frank.Russo@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:05-cr-010 - (JWS) |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | NOTICE OF INTENT TO |
| KEVIN JAMES BURKE, ) | INTRODUCE EVIDENCE AT |
| ) | SENTENCING HEARING |
| Defendant. ) | |
| ) | |

COMES NOW, Plaintiff United States of America, by and through undersigned counsel, and pursuant to D. Ak. Local Crim. R. 32.1 hereby gives notice of the United States intent to introduce evidence at the sentencing hearing of the defendant, scheduled for February 1, 2006, in Juneau, Alaska.    Certain facts in the United States sentencing memorandum are not included in the pre-sentence

report. Therefore, to the extent that the defendant disputes such facts, the United States intends to call Special Agent Russell Ashenden of the FBI to support its proffer. Any such testimony should be very brief.

  RESPECTFULLY SUBMITTED this __25th__ day of January, 2006 in Anchorage, Alaska.

            DEBORAH M. SMITH
            Acting United States Attorney

            s/ Frank V. Russo
            Assistant U.S. Attorney
            Federal Building & U.S. Courthouse
            222 West Seventh Avenue, #9, Room 253
            Anchorage, Alaska 99513-7567
            (907) 271-5071
            (907) 271-1500 (fax)
            Frank.Russo@usdoj.gov

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to William Carey, Esq. on January 25, 2006, via:

 (X) Electronic case filing notice

Executed at Anchorage, Alaska, on January 25, 2006
s/ Frank V. Russo_____
Office of the U.S. Attorney