WILLIAM B. CAREY, 8212160
Attorney for Defendant
KEVIN J. BURKE
1502 West 34th Avenue
Anchorage, Alaska 99503

RECEIVED
JAN 2 7 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Telephone:    (907) 272-4255
Facsimile:    (907) 272-4256

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. J05-0010-1 (JWS)  *08 CR* |
| vs. | ) |
| | ) |
| KEVIN J. BURKE, | ) |
| | ) |
| Defendant. | ) |

### SENTENCING MEMORANDUM OF DEFENDANT KEVIN JAMES BURKE

KEVIN JAMES BURKE, age 48, comes before the Court on February 1 for sentencing upon his pleas of guilty to Importation of a Controlled Substance in violation of 21 U.S.C. § § 952 and 960(a) and (b)(3); Attempted Importation of a controlled substance in violation of 21 U.S.C. § § 963, 952(a) and 960(a) and (b)(3); and, being a Felon in Possession of Firearms in violation of 18 U.S.C. § § 922(g)(1) and 924 (a)(2). In addition, an order of forfeiture with respect to the firearms and cash found in his possession during the course of this case have also been entered. The offense conduct has been amply set out in the pre-sentence report in this case.

Mr. BURKE began using to oxycontin for pain following an accident and subsequent back surgery several years ago. He had and filled legitimate prescriptions for oxycontin in substantial quantities for his own use. From one of the prescriptions referred in the police reports in this case, it appears that Mr. BURKE had a

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

**SCANNED**

prescription for three 40 milligram tablets of oxycontin per day  Mr. BURKE has admitted to occasionally selling small quantities of oxycontin, but it does appear that the majority of the drugs appear to have been for his own use.  Like many users of oxycontin however, Mr. BURKE became addicted to the drug and he sought further and unwarranted relief from it and apparently went to unusual lengths to procure the oxycontin in large quantities.

Mr. BURKE has consistently stated that one of the reasons that he traveled to Canada to purchase his twice yearly or yearly supplies was to forward it on to the Philippines where he has been spending a considerable amount of his time for the past few years. Mr. BURKE had been planning to move to the Philippines on a full time basis and was in the process of liquidating his property in Alaska in anticipation of this move at the time of his arrest. According to Mr. BURKE he was unable to obtain this particular drug in the Philippines.  He has maintained that he did, at times, ship the drug directly to the Philippines from Canada via Federal Express, although it has been impossible to obtain documentary confirmation of this claim.

Mr. BURKE believes that his excessive use of and addiction to this drug has contributed to his poor judgment and fuzzy mindset for a period of years. Despite the pain he still has in his back and legs, it has been a positive experience for him, over the past few months, to clear his head and to come to grips with the unusual conduct (as is set out in the pre-sentence report) that has resulted in his conviction of these serious felony offenses.

At age 48, Mr. BURKE is in exceedingly poor health.  He had what amounted to a heart attack at the time his property was being searched by federal agents. He has continued to have serious heart problems, including angina and poor circulation for

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

which he is receiving medication such as nitroglycerin. He has very high blood pressure. (It is hoped that documentation of his medical issues will be able to be provided to the Court at sentencing.) He suffers from numbness in his extremities and continues to have serious back pain from his earlier accident and surgeries.

There are, however, some positive developments in Mr. BURKE's life since his confinement. One is the clearing of his head as referred to above. Another is his reestablishment of his relationship with his former wife, Renita, a State employee in Juneau, who has provided a letter to the Court.

The defendant does not disagree with the offense level calculation as well as the criminal history category in which he has been place by the author of the pre-sentence report. On the other hand, it is Mr. BURKE's position that in consideration of the factors set out in U.S.C. 18 § 3553, there is certainly no need to go beyond the lower end of the guideline range in this case. The fact is that a sentence of 78 months, given this defendant's physical condition, could amount to a life sentence. He will clearly continue to have medical issues which will need to be dealt with by the Bureau of Prisons. Mr. BURKE is desirous of entering a 500 hour drug rehabilitation program in order to continue with his adjustment to life without highly addictive drugs such as what is involved in this case and which has played such a negative role in his recent life.

For the foregoing reasons, the defendant should be sentenced to no more than the low end of the guideline range (78 months) along with the minimums with respect to supervised release.

DATED at Anchorage, Alaska this _____27th_____ day of January, 2006.

LAW OFFICE OF WILLIAM B. CAREY

WILLIAM B. CAREY
ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

Attorney for Defendant
KEVIN J. BURKE

_____
William B. Carey
Alaska Bar No. 8212160

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2006, a true and correct copy of the foregoing was electronically delivered to the following:

Frank Russo
U.S. Attorney
222 West 7th Ave, #9 Room 253
Anchorage AK  99513-7567

United States Probation Officer
222 W 7th Ave, #48, Rm. 168
Anchorage  AK  99513-7562

WILLIAM B. CAREY

ATTORNEY AT LAW
1502 WEST 34TH AVENUE
ANCHORAGE, ALASKA 99503
TELEPHONE (907) 272-4255
TELECOPIER (907) 272-4256

Page 4