```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

U.S.A. vs. KEVIN JAMES BURKE   CASE NO. 1:05-cr-00008-JWS

Defendant: X  Present   X In Custody

BEFORE THE HONORABLE:      JOHN W. SEDWICK, US DISTRICT JUDGE

DEPUTY CLERK/RECORDER:     SUSAN EVANS

UNITED STATES' ATTORNEY:   DAVID NESBETT FOR FRANK RUSSO

DEFENDANT'S ATTORNEY:      WILLIAM B. CAREY

U.S.P.O.:                  BARBARA BURTON*
* TELEPHONIC APPEARANCE

PROCEEDINGS: IMPOSITION OF SENTENCE   Held: FEBRUARY 1, 2006
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:12 a.m. Court convened.

X Notice of Appeal form given to defendant.

X Court and Counsel heard re: Imposition of Sentence.

X Government counsel made an Oral Motion to Dismiss counts 3,4
  & 5 of the Indictment. **GRANTED**

X Court stated findings/reasons pursuant to sentencing
  guidelines.

X Imprisoned for a period of 78 months. Court recommends to the
  Bureau of Prisons that the defendant be placed in the Sheridan
  Facility in Oregon. Court STRONGLY recommends the 500 Hour
  Drug Treatment Program.

X Defendant to serve term of supervised release of   3   years,
  under the usual terms and conditions and the following special
  conditions:
  1. The defendant shall cooperate in the collection of a DNA
  sample from the defendant as directed by the probation officer.

CONTINUED ON PAGE 2

DATE: 2/1/06                    DEPUTY CLERK'S INITIALS: SE

```
              CONTINUATION - PAGE 2
   U.S.A. vs. KEVIN JAMES BURKE    1:05-cr-00008-JWS
              IMPOSITION OF SENTENCE
                 February 1, 2006
```

2. In addition to submitting to drug testing in accordance with the Violent Crime Control and Law Enforcement Act of 1994,the defendant shall participate in either or both inpatient or outpatient treatment programs approved by the United States Probation Office for substance abuse treatment, which program shall include testing to determine whether the defendant has reverted to the use of drugs or alcohol.  At the direction of the probation officer, the defendant may be required to pay for all or a portion of any treatment program.
3. The defendant shall submit to a warrantless search of person, residence, vehicle, personal effects, place of employment, and other property by a federal probation or pretrial services officer or other law enforcement officer, based upon reasonable suspicion of contraband or a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.
4.The defendant shall not possess a firearm, destructive device, or other weapon.

X Special Assessment   $300.00   , due immediately.

X Defendant remanded to the custody of the U.S. Marshal.


At 11:51 a.m. court adjourned.




DATE: 2/1/06                    DEPUTY CLERK'S INITIALS: SE