February 17, 2006

Re: United States v. Kevin James Burke
U.S District Court (D. Alaska), Case No. 1:05-cr-008-JWS
Notice of Forfeiture Proceedings

RECEIVED
FEB 21 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Petition for hearing regarding forfeiture

Item. 10. Sig-Sauer Inc. P220 .45 caliber pistol, serial number G329142.
This firearm was stolen from my home 2202 Muir Street Juneau Alaska 99801
I believe it was stolen by geoff florendo. I reported it stolen to Juneau police
Department. I purchased the sig-Sauer Inc. P220 .45 Serial Number G329142
From Fred Meyers Juneau New. I still have the Gun case with the serial number
And the sales slip from date of purchase. I'M willing to press charges. Thank you
For the good news.

Best regards, Steve Griffin
         2202 Muir Street
         Juneau Alaska 99801
         907-789-9610

         *Steve Griffin* (signature)

State of Alaska First Judicial District

Subscribed and sworn before me this 17th day of February, 2006.

*Celia F. Lumbab* (signature)
Celia F. Lumbab
Notary Public

My commission expires: April 25, 2007

STATE OF ALASKA
OFFICIAL SEAL
Celia F. Lumbab
NOTARY PUBLIC
My Commission Expires 04-25-07