MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*    v.    *KEVIN JAMES BURKE*

THE HONORABLE JOHN W. SEDWICK              CASE NO. 1:05-cr-00008 (JWS)

PROCEEDINGS:    **ORDER FROM CHAMBERS**           Date: April 11, 2006

    The United States is directed to file a response to the motion for a hearing filed by Steve Griffin at docket 34. The response shall be filed no later than **May 1, 2006.** It occurs to the court that the United States and Mr. Griffin may be able to resolve his claim. If so, in lieu of a response, the United States and Mr. Griffin may simply file a joint statement indicating that the matter has been resolved to their mutual satisfaction.