# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| **PLAINTIFF** U.S.A. | **COURT CASE NUMBER** 1:05-CR-008-RRB |
| **DEFENDANT** KEVIN JAMES BURKE | **TYPE OF PROCESS** publication |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

JUNEAU EMPIRE

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

3100 Channel Drive, Juneau, AK 99801  (907) 586-3740 - phone  (907) 586-9097 - fax

RECEIVED MAY 05 2006 CLERK U.S. DISTRICT COURT ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Katie Joke
U.S. Attorney's Office
222 W. 7th Avenue, #9, Rm. 253
Anchorage, AK 99513-7567

Number of process to be served with this Form - 285: 1
Number of parties to be served in this case:
Check for service on U.S.A.

**SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE** (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish the attached Notice of forfeiture in the above-referenced Newspaper once a week for 3 consecutive weeks.

CATS ID#s:
05-FBI-004335
05-FBI-004011

Signature of Attorney or other Originator requesting service on behalf of: ☑ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER (907) 271-2304  DATE 1/30/06

---
### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 2/6/06

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☑ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/25/06   Time: 1:30 pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

**REMARKS:**

PUBLISHED IN JUNEAU EMPIRE.

PUBLICATION DATES: FEB. 22, MARCH 1 & 8, 2006.

---
PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

# Affidavit of Publication

United States of America
State of Alaska
First Division

Ad #: 49516
Re: 05-FBI-004011 & 044335
Legal #: 200-036

**NOTICE OF: UNITED STATES OF AMERICA v. KEVIN JAMES BURKE**
Case No. 1: 05-cr-008-RRB

To all interested persons in the above-styled case, notice is hereby given that on November 15, 2005, the United States District Court for the District of Alaska, the honorable Ralph R. Beistline presiding, entered a Preliminary Order of Forfeiture forfeiting approximately SEVEN THOUSAND SEVEN HUNDRED FOUR DOLLARS ($7,704.00) in United States currency to the United States of America pursuant to 21 U.S.C. 853(a)(1) and (2); and forfeiting the following firearms pursuant to 18 U.S.C. 924 (d)(1):

1) one Finnbear SAKO 30.06 caliber rifle, serial number 83409;
2) one Mossberg 12 gauge shotgun, serial number 00471;
3) one Ruger M77 mark II 30.06 caliber rifle, serial number 787-67434;
4) one Ruger M77 .338 caliber rifle, serial number 785-50937;
5) one Lakefield Arms .22 caliber rifle, serial number L160332;
6) one Norinco MAK-90 sporter 7.62x39mm semi-automatic rifle, serial number 94151417;
7) one ITM Arms MK99 7.62 caliber rifle, serial number 0001354;
8) one ITM Arms MK99 7.62 caliber semi automatic rifle, serial number 0001070;
9) one Group Ind, 9mm/ 45 ACP/.22 caliber semi-automatic rifle, serial number 509675;
10) one Sig-Sauer Inc. P220 .45 caliber pistol. Serial number G329142; and
11) one Safari Arms Marchmaster .45 caliber pistol, serial number S4331.

Pursuant to 21 U.S.C. 853 (n)(2), any person other than the defendant asserting a legal interest in the forfeited property must petition the court, within 30 days of the final publication or personal receipt of this notice, whichever is earlier, for a hearing to adjudicate the validity of the alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the property and any additional facts supporting the petitioner's claim and the relief sought.

All such petitions must be filed with the Office of the Clerk, United States District Court, 222 W. 7th Avenue, Box 4, Room 229, Anchorage, Alaska 99513-7564, with a copy thereof sent to Assistant United States Attorney James Barkeley, at 222 W. 7th Avenue, #9, Room 253, Anchorage, Alaska 99513-7567.

Publish: February 22, March 1 and 8, 2006.
200-036

I, Lolita Cook, being first duly sworn, oath, depose, and say that I am the Principle Clerk of the JUNEAU EMPIRE, a newspaper of general circulation, published in the city of Juneau, State of Alaska; that the publication was published in said newspaper on the 22nd day of February 2006, and thereafter for 2 additional day(s), the last date of publication being March 8, 2006.

*Lolita Cook*

Subscribed and sworn to before me this 13th day of April, 2006.

*Tonia Smith*

Notary Public in and for the State of Alaska.

STATE OF ALASKA
OFFICIAL SEAL
Tonia Smith
NOTARY PUBLIC
My commission expires 08/02/08.