DEBORAH M. SMITH
Acting United States Attorney

FRANK V. RUSSO
JAMES BARKELEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:    (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:05-cr-008-RRB |
| Plaintiff, | **MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE** |
| v. | |
| KEVIN JAMES BURKE, | |
| Defendant. | |

COMES NOW plaintiff United States of America, by and through counsel, in response to claimant Steve Griffin's petition for a hearing regarding forfeiture (docket 34), and hereby moves this Court to amend the Preliminary Order of Forfeiture issued on November 15, 2005 (docket 23).

Based upon the documentation (Exhibit 1) that Mr. Griffin submitted, several months after the Preliminary Order of Forfeiture had been issued, to prove his ownership of a certain firearm (described in paragraph A, number 10, of the Preliminary Order of Forfeiture, as a

Sig-Sauer Inc. P220 .45 caliber pistol, serial number G329142), the United States has decided not to seek forfeiture and to return said firearm to Mr. Griffin.[1] If this motion is granted, the Amended Preliminary Order of Forfeiture would exclude firearm number 10.

Filed herewith is a proposed Amended Preliminary Order of Forfeiture, in which the only changes from the original Preliminary Order are: (1) the deletion of firearm number 10 on page 2; and (2) the substitution of "ten firearms" rather than "eleven firearms" on page 1. The United States apologizes to the Court and to Mr. Griffin for any inconvenience caused by the government's delay in filing this pleading, which was to be filed by May 1, 2006.

Respectfully submitted this 8th day of May, 2006 in Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

---

[1] Because the government is returning the firearm, Mr. Griffin's petition for a hearing is moot.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2006, a true and correct copy of the foregoing MOTION TO AMEND PRELIMINARY ORDER OF FORFEITURE and proposed AMENDED PRELIMINARY ORDER OF FORFEITURE were sent to:

STEVE GRIFFIN, Claimant        (sent via Certified U.S. Mail, Return Receipt Requested)
2202 Muir Street
Juneau, AK 99801

WILLIAM B. CAREY, Counsel for Defendant Burke        (sent electronically)
Carey Law Office
1502 W. 34th Avenue
Anchorage, AK 99503

s/James Barkeley

Cc:   FBI SA Russell Ashenden, 709 W. 9th Street, Room 957, Juneau, AK 99801