Labels visible on evidence photo:
- 7 98681 10057 6
- 220-45-AM / P226-45AM, 2MAGS-8RD / K14-B
- S/N: G329142

Exhibit __1__
Page __1__ of __5__ pages



Exhibit 1
age 2 of 5 pages

# INCIDENT REPORT
## NARRATIVE



| AGENCY: JUNEAU POLICE DEPARTMENT | ORI #: AK0010300 | REPORT DATE/TIME: 07/30/2004  09:22 | CASE #: 2004-027623 |
|---|---|---|---|

☐ Current Report
☐ Initial Report

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Narrative Title: Narrative From CAD
Date Entered: 07/30/2004 9:41:47

Complaint Type: THEFT - THEFT
    Name: GRIFFIN, STEVEN
Officer ID:  , Officer Name:

[08/10/2004 11:16:41 : maculbreth]
C CONTACTED DISPATCH AND STATES HE HAS A SUSPECT, JEOF FLORENDO. C REPORTS JEOF HAS STOLEN MEDICATION BEFORE FROM C`S RESIDENCE AND WAS IN C`S HOUSE JUST PRIOR TO THE GUN`S DISAPPEARANCE.

[07/30/2004 09:50:29 : cclopez]
ASSIGNED TO OFC JOVEN

[07/30/2004 09:31:30 : cclopez]
C REPORTS A FIREARM MISSING FROM HIS RESIDENCE. C ADVISED HE NOTICED IT MISSING ABOUT 2 WEEKS AGO, HOWEVER HE HAD TO GO OUT OF TOWN. C ADVISES WHEN HE GOT BACK, HE RIPPED HIS RESIDENCE APART LOOKING FOR IT AND HAS NOT FOUND IT.

C ADVISES THE FIREARM WAS OUT, ALTHOUGH HE NORMALLY LOCKS IT IN A SAFE.

C ADVISE THE FIREARM IS A SIGARMS MODEL 220 45 SEMI-AUTO, SERIAL #G329***, $800, TWO CLIPS OF AMMO MISSING (ONE IN IT AND ONE BESIDE IT - 14 ROUNDS) THE FIREARM WAS IN A BLK NYLON HOLSTER.

C SUSPECTS AN INDIVIDUAL FOR TAKING IT AS THIS INDIVIDUAL HAS TAKEN MEDICATION FROM HIM IN THE PAST. C DOES NOT WANT TO DISCLOSE THE NAME OF THE INDIVIDUAL UNTIL HE HAS A CHANCE TO ``INVESTIGATE`` THIS A LITTLE MORE. C FURTHER ADVISES HE WILL BE CHECKING THE PAWN SHOPS. C WILL RECONTACT WHEN NEEDS FURTHER POLICE ASSISTANCE AND

| JOVEN, ELIAS G | EGJ | | Exhibit ___ Page ___ of 5 pages |
|---|---|---|---|
| REPORTING OFFICER | ID | APPROVING SUPERVISOR | ID |



AGENCY: JUNEAU POLICE DEPARTMENT
Case 1:05-cr-00008-JWS   Document 38-2   Filed 05/08/2006   Page 4 of 5
Jurisdiction: AK00040300
Report Date / Time: 07/30/2004 9:22:37
Incident/Case Number: 2004-027623
Case Description: THEFT 2202 MUIR ST EGJ
Primary Officer Name/ID: JOVEN, ELIAS G/EGJ
Approved By:
Date/Time Printed: 02/28/2006 9:12:50

Narrative: Page 6

WISHES TO PURSUE CHARGES.

C: STEVEN THOMAS GRIFFIN  DOB: 06-25-1958


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Narrative Title: ACTION TAKEN
Date Entered: 08/01/2004 7:26:14


ON 07/31/04, AT APPROXIMATELY 1100 HOURS RO CONTACTED STEVEN GRIFFIN BY TELEPHONE. GRIFFIN TOLD RO HIS LOADED SIGARMS MODEL 220 45 SEMI-AUTO (SERIAL NUMBER G329142) WAS TAKEN FROM HIS RESIDENCE WHILE HE WAS OUT OF TOWN, SOMETIME DURING THE LAST TWO WEEKS.

GRIFFIN TOLD RO THE LAST TIME HE REMEMBERS SEEING THE WEAPON WAS ON HIS LIVING ROOM COUCH BEFORE HE LEFT TOWN.

GRIFFIN TOLD RO HE DOES NOT SUSPECT THE PERSON WHO AGREED TO WATCH HIS HOUSE DURING HIS ABSENCE.

GRIFFIN TOLD RO HE WOULD BE CONDUCTING HIS OWN INVESTIGATION INTO THE THEFT AS HE SUSPECTS IT MIGHT HAVE BEEN SOMEONE HE KNOWS. GRIFFIN TOLD RO HE WOULD NOT REVEAL THE NAME AT THIS TIME.

GRIFFIN TOLD RO HE WANTS A REPORT FOR INFORMATION ONLY AND HE WOULD RECONTACT RO WHEN HE HAS MORE INFORMATION



U.S. Department of Justice
United States Attorney
District of Alaska
Federal Building & US Courthouse
222 West 7th Avenue #9 Room 253
Anchorage, Alaska # 99513-7567

Attn: Katie VOKE

Steve Griffin
2202 Muir St.
Juneau AK 99801