# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>UNITED STATES OF AMERICA</u>  v.  <u>KEVIN JAMES BURKE</u>

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                       CASE NO. <u>1:05-cr-00008 JWS</u>

<u>Linda Christensen</u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 2, 2006

      The motion for hearing at docket 34, filed by Steve Griffin, is **DENIED** as moot based on the United States' representation at docket 38 in its motion for an amendment to the preliminary order of forfeiture. There the United States represents that it will deliver the firearm claimed by Mr. Griffin, a Sig-Sauer Inc. P220 .45 caliber pistol, to him.

      The motion to amend the preliminary order of forfeiture at docket 38 is **GRANTED**. The United States apparently submitted the proposed order to the ECF mailbox of Judge Beistline instead of Judge Sedwick. The United States is directed to submit the proposed order in Word Perfect format to the ECF mailbox for Judge Sedwick. The United States is further directed to return the Sig-Sauer Inc. P220 .45 caliber pistol to Steve Griffin.

[]{IA.WPD*Rev.12/96}