NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:05-cr-008-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION FOR FINAL DECREE** |
| | ) | **OF FORFEITURE** |
| v. | ) | |
| | ) | |
| KEVIN JAMES BURKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff United States of America, by and through counsel, hereby moves this Court

for a Final Decree of Forfeiture in the above-captioned case.  This motion is supported by

the attached Declaration of Counsel.

DATED this 29th day of August, 2006 in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy of the foregoing MOTION FOR FINAL DECREE OF FORFEITURE, DECLARATION OF COUNSEL, and proposed FINAL DECREE OF FORFEITURE were sent electronically this 29th day of August, 2006, to:

WILLIAM B. CAREY, Counsel for Defendant Burke
Carey Law Office
1502 W. 34th Avenue
Anchorage, AK 99503

s/James Barkeley


Cc:   FBI SA Russell Ashenden, 709 W. 9th Street, Room 957, Juneau, AK 99801