IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  1:05-cr-008-JWS |
| | ) | |
| Plaintiff, | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| v. | ) | |
| | ) | |
| KEVIN JAMES BURKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 15, 2005, defendant KEVIN JAMES BURKE pled guilty to Counts 1, 2, 6, 7, and 8 (including Criminal Forfeiture Counts 7 and 8) of the Indictment issued in this case.  Based upon the Court's acceptance of the defendant's guilty pleas, the Court found that:

A.    The defendant's interest, if any, in the following firearms, including accessory magazines and ammunition, described in Count 7, is property constituting firearms or ammunition involved in or used in the commission of such violation, thereby rendering said property subject to forfeiture under 18 U.S.C. § 924(d)(1):

1)    one Finnbear SAKO 30.06 caliber rifle, serial number 83409;

2)    one Mossberg 12 gauge shotgun, serial number 00471;

3)    one Ruger M77 mark II 30.06 caliber rifle, serial number 787-67434;

4)    one Ruger M77 .338 caliber rifle, serial number 785-50937;

5)    one Lakefield Arms .22 caliber rifle, serial number L160332;

6)    one Norinco MAK-90 Sporter 7.62 x .39 mm semi-automatic rifle, serial number 94151417;

7)    one ITM Arms MK99 7.62 caliber rifle, serial number 0001354;

8)    one ITM Arms MK99 7.62 caliber semi automatic rifle, serial number 0001070;

9)    one Group Ind, 9 mm / 45 ACP / .22 caliber semi-automatic rifle, serial number 509675;

10)    one Sig-Sauer P220 .45 caliber pistol, serial number G329142; and

11)    one Safari Arms Matchmaster .45 caliber pistol, serial number S4331.

B.    The defendant's interest, if any, in the $7,704.00 IN UNITED STATES CURRENCY, described in Count 8 of the Indictment, is property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as the result of such violations, to which the defendant has pled guilty and been convicted, and property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violations, thereby rendering said currency subject to forfeiture under 21 U.S.C. § 853(a)(1) and (2).

AND WHEREAS, on June 2, 2006, entered an Amended Preliminary Order of Forfeiture, forfeiting all of the right, title and interest of defendant KEVIN JAMES BURKE in the above-referenced firearms including accessory magazines and ammunition, described in Count 7, except for firearm number 10, the Sig-Sauer P220 .45 caliber pistol, serial number G329142, pursuant to 18 U.S.C. § 924(d)(1), and forfeiting all of the right, title and

interest of the defendant in the $7,704.00 IN UNITED STATES CURRENCY described in Count 8, pursuant to 21 U.S.C. § 853(a)(1) and (2).

AND WHEREAS, the United States Attorneys Office perfected personal service of notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, on the following individuals:  Steven T. Griffin on October 28, 2005; Renita Bolanos Burke on February 17 and 27, 2006; William J. Wedum on February 22, 2006; and Gerald S. James on February 24, 2006.

AND WHEREAS, on February 22, March 1, and March 8, 2006, the United States Marshals Service published, in the Juneau Empire, a newspaper of general circulation, notice of the Preliminary Order of Forfeiture and of the intent of the United States to dispose of said firearms and currency in accordance with the law, and further notifying all third parties of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the firearms and currency.

AND WHEREAS, no petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described forfeited firearms and currency have been filed by any individual or entity within the time allowed by law.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED:

1.      That the right, title and interest to the following ten firearms is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its

contractor according to law:

1) one Finnbear SAKO 30.06 caliber rifle, serial number 83409;

2) one Mossberg 12 gauge shotgun, serial number 00471;

3) one Ruger M77 mark II 30.06 caliber rifle, serial number 787-67434;

4) one Ruger M77 .338 caliber rifle, serial number 785-50937;

5) one Lakefield Arms .22 caliber rifle, serial number L160332;

6) one Norinco MAK-90 Sporter 7.62 x .39 mm semi-automatic rifle, serial number 94151417;

7) one ITM Arms MK99 7.62 caliber rifle, serial number 0001354;

8) one ITM Arms MK99 7.62 caliber semi automatic rifle, serial number 0001070;

9) one Group Ind, 9 mm / 45 ACP / .22 caliber semi-automatic rifle, serial number 509675; and

10) one Safari Arms Matchmaster .45 caliber pistol, serial number S4331.

2. That the right, title and interest to the $7,704.00 IN UNITED STATES CURRENCY is hereby condemned, and forfeited to, and shall be vested in, the United States of America, and shall be disposed of by the United States Marshals Service and its property manager and/or its contractor according to law.

3. That the United States Marshals Service is directed to pay any and all costs associated with the described firearms and currency and to dispose of such according to law.

5. The Clerk is hereby directed to send a copy of this Order to the United States

Marshals Service.

        SO ORDERED this ___ day of _____, 2006.


                               _____
                               HON. JOHN W. SEDWICK
                               United States District Court