NELSON P. COHEN
United States Attorney

FRANK V. RUSSO
Assistant U.S. Attorney
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone:  (907) 271-3699
Fax:   (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  1:05-cr-008-JWS |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF COUNSEL** |
| | ) | **IN SUPPORT OF MOTION FOR** |
| v. | ) | **FINAL DECREE OF FORFEITURE** |
| | ) | |
| KEVIN JAMES BURKE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I, JAMES BARKELEY, am an Assistant United States Attorney and represent the Plaintiff in this action.

1. On November 15, 2005, defendant KEVIN JAMES BURKE pled guilty to Counts 1, 2, 6, 7, and 8 (including Criminal Forfeiture Counts 7 and 8) of the Indictment

issued in this case. On November 15, 2005, the Honorable John W. Sedwick entered a Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in the eleven firearms including accessories and ammunition described in Count 7, and the $7,704.00 IN UNITED STATES CURRENCY described in Count 8 of the Indictment. On June 2, 2006, the Honorable John W. Sedwick entered an Amended Preliminary Order of Forfeiture against the above-named defendant, forfeiting to the United States the defendant's interest in said firearms including accessories and ammunition, except for the Sig-Sauer Inc. P220 .45 Caliber Pistol, Serial Number G329142, and in the $7,704.00 IN UNITED STATES CURRENCY.

    2.    Pursuant to 21 U.S.C. § 853(n)(1), persons asserting a legal interest in the above-described forfeited firearms and currency are entitled to a judicial determination of the validity of the legal claims or interests they assert.

    3.    The United States Attorneys Office perfected personal service of notice of this judicial forfeiture action via Certified U.S. Mail, Return Receipt Requested, on the following individuals: Steven T. Griffin on October 28, 2005; Renita Bolanos Burke on February 17 and 27, 2006; William J. Wedum on February 22, 2006; and Gerald S. James on February 24, 2006.

    4.    The United States Marshals Office published notification of the Court's November 15, 2005 Preliminary Order of Forfeiture in the Juneau Empire on February 22,

March 1, and March 8, 2006. Docket 37. Said published notice advised all third persons of their right to petition the Court within 30 days of the publication date for a hearing to adjudicate the validity of their alleged legal interest in the subject firearms and currency.

5. On February 21, 2006, Steven Griffin filed a Petition for Hearing Regarding Forfeiture regarding the Sig-Sauer P220 .45 Caliber Pistol, Serial Number G329142. Docket 34.

6. In May 2006, the United States returned the Sig-Sauer P220 .45 Caliber Pistol to Mr. Griffin. On May 8, 2006, the United States filed a Motion to Amend Preliminary Order of Forfeiture to exclude said firearm. Docket 38.

7. No other petitions of interest or other claims or requests for an ancillary hearing with regard to the above-described firearms and currency have been filed by any other person or entity within the time allowed by law.

8. Declarant knows of no reason why a final decree of forfeiture should not now be issued declaring said firearms and currency be forfeited as to all persons. Full right, title and interest in the above-described firearms and currency shall be and hereby is vested in the United States.

Further, the United States Marshals Service and its property manager and/or its contractor should be directed to dispose of the above-described firearms and currency and

pay any and all costs according to law.

    I declare under penalty of perjury that the foregoing is true and correct.

    EXECUTED this 29th day of August, 2006 in Anchorage, Alaska.

    NELSON P. COHEN
United States Attorney

s/James Barkeley
JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury that a true and correct copy
of the foregoing DECLARATION OF COUNSEL was sent electronically
this 29th day of August, 2006, to:

WILLIAM B. CAREY, Counsel for Defendant Burke
Carey Law Office
1502 W. 34th Avenue
Anchorage, AK 99503

s/James Barkeley